

| | | | |
|---|---|---|---|
| In the Int. of: L.F.B. | 3572 EDA 2015<br>Affirmed | 12/22/2016 | 51–FN–379078–2009<br>CP–51–AP–0000424–2012<br>CP–51–AP–0000425–2012<br>CP–51–AP–0000426–2012<br>CP–51–AP–0000427–2012<br>CP–51–DP–0000012–2011<br>CP–51–DP–0000013–2011<br>CP–51–DP–0000014–2011<br>CP–51–DP–0000015–2011<br>(Philadelphia) |
| Osei v. Sugarhouse Casino [19] | 919 EDA 2016<br>Affirmed | 12/22/2016 | 2664 June Term 2015<br>(Philadelphia) |
| In the Interest of: A.J.P. | 964 EDA 2016<br>Affirmed | 12/22/2016 | CP–51–AP–0000145–2016<br>CP–51–DP–0001876–2014<br>(Philadelphia) |
| Com. v. Leon | 1498 EDA 2016<br>Affirmed<br>Application to Withdraw as Counsel Granted | 12/22/2016 | CP–48–CR–0001771–2010<br>(Northampton) |
| Com. v. Motter [20] | 1420 MDA 2015<br>Reversed | 12/22/2016 | CP–60–CR–0000032–2014<br>CP–60–CR–0000033–2014<br>(Union) |
| Ross v. Brooks | 1973 MDA 2015<br>Affirmed | 12/22/2016 | 2011–5700<br>(Centre) |
| Schwalm v. Modi | 145 MDA 2016<br>Affirmed | 12/22/2016 | 2013–03739<br>(Cumberland) |
| Higgins v. George | 513 MDA 2016<br>Affirmed | 12/22/2016 | 2013–06186<br>(Luzerne) |
| Brace v. Lyons | 827 MDA 2016<br>Affirmed | 12/22/2016 | 2002–FC–3128<br>(Lackawanna) |
| Com. v. Snyder | 921 MDA 2016<br>Affirmed | 12/22/2016 | CP–18–CR–0000367–2011<br>(Clinton) |
| Com. v. Clark [21] | 953 MDA 2016<br>Affirmed | 12/22/2016 | CP–01–CR–0001003–2007<br>(Adams) |
| R.W.M. v. S.M.F. | 1116 MDA 2016<br>Affirmed | 12/22/2016 | CI–13–03345<br>(Lancaster) |

19. Petition for reargument denied January 13, 2017.
20. Petition for reargument denied March 2, 2017.
21. Petition for reargument denied March 2, 2017.